# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI
# _____ DIVISION

Mary R. Bower )
_____ )
_____ )
**Enter above the full name of Plaintiff or Plaintiffs**

vs.

State of Mo. Et al )
_____ )   CASE NO. 14-3435-CV-S-BCW
_____ )
_____ )
**Enter above the full name of Defendant or Defendants**

## CIVIL COMPLAINT

**I. Parties to this Civil Action**

(In item A below, place your name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any, on back side of this sheet.)

A. Name of Plaintiff: Mary R. Bower

Address: P.O. Box 696
Springfield, Mo 65801

B. Name of Defendant(s): State of Missouri, Christian County, Family Support Div, Children Svc Div, Ched Advocacy, Andrew Scott Youngken, Linda Hughes, Office Stephanie Barney, Kenneth P. Lyon, Great Circle, Mo. Alliance Family & Children's, Jordan Valley Clinic, Cameron Casad, JoAnn Billingsley, Tabitha Read Julian, [illegible] Karen McClellan, Nicole Schrock + others

II. **Statement of Claim**

(State here as briefly as possible the facts of your claim. Describe how each named defendant is involved. Include the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of **related** claims, number and set forth each claim in a separate paragraph. [Use as much space as you need to state the facts. Attach extra sheets if necessary.] **Unrelated** separate claims should be raised in separate civil actions.)

The named parties have colluded together to commit fraud against Plaintiff, to endanger a child, to commit domestic terrorism, and torture, aiding and abedding in fraud, extortion, trauma, abduction by fraud & interference with child custody.

III. **Relief**

State briefly exactly what you want the Court to do for you.

Award damages in the amount of 20,000,000.00 Twenty million or award set by Jury trial

Make no legal arguments. Cite no cases or statutes.

IV. **Do you claim the wrongs alleged in your complaint are continuing to occur at the present time?**

Yes ☑    No ☐

V. **Do you claim actual or punitive monetary damages for the acts alleged in your complaint?**

Yes ☑    No ☐

If you answered yes, state the amounts claimed and the **reasons** you claim you are entitled to recover money damages

property damage loss in excess of $3,000, childrens clothing, toys bedding, shoes & accessories Stress & emotional damage in excess of $20,000.00

2

**VI. Counsel**

Do you have an attorney to represent you in this civil action?

Yes ☐    No ☑

A. Have you made any effort to contact a private attorney to determine if he or she would represent you in this civil action?

Yes ☑    No ☐

B. If you answered yes, state the names and addresses of the attorneys contacted, and give the results of those efforts.

Brad Bradshaw,

C. If you answered no, state your reasons why no such efforts have been made.

they all stand down on child custody by fraud cases

**VII. Administrative Procedures**

A. Have the claims which you make in this civil action been presented through any type of Administrative Procedure within any government agency?

Yes ☐    No ☑

B. If you answered yes, state the date your claims were presented, how they were presented, and the result of that procedure.

3

I understand that a false statement or answer to any question in this affidavit will subject me to penalties of perjury.

_____
Signature of Plaintiff

## VERIFICATION

State of __Missouri__ )
County of __Greene__ )
)

I, being first duly sworn under oath, state that I know the contents of this affidavit and that the information contained in the affidavit is true to the best of my knowledge and belief.

_____
Signature of Plaintiff or Plaintiffs

**All parties must verify**

SUBSCRIBED AND SWORN TO before me this __7__ day of __Oct__, 20__14__

_____
Notary Public

__12/19/16__
My Commission Expires

GREGG S. JOHNSON
Notary Public – Notary Seal
STATE OF MISSOURI
Greene County
My Commission Expires Dec. 19, 2016
Commission #12649931

Page 6